# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )  Civil Action No. 1:16-cv-03180-ELH ) |
| MANUFACTURERS AND TRADERS TRUST COMPANY d/b/a M&T BANK, | ) ) ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF KANDEE SMITH

I, Kandee Smith, do depose and state as follows:

1.      I am an adult over the age of 18 years, and make the following statements based upon my personal knowledge.

2.      I was employed by Defendant, Manufacturers and Traders Trust Company d/b/a M&T Bank, ("M&T Bank"), from April 2003 until my termination in July 2016. Prior to M&T, I worked for Allfirst Bank from April 1986 to April 2003, at which time it was acquired by M&T Bank. At the time of the acquisition, my job title was Teller Manager, the same title I held at the time of my termination.

3.      In or around April 2003, I began managing M&T Bank's regional floating staff, which was comprised of tellers and relationship bankers. I was responsible for assigning them to retail bank branches to provide staff support and/or coverage when needed. I personally provided coverage for branches without branch managers, including branches with managers on

1

extended leaves of absence. When filling in for branch managers, I performed monthly audits, opened checking and business deposit accounts, sold certificates of deposits, and assisted with performance management issues. I also helped close branches.

4.     In or around 2012, M&T Bank assigned me to help manage the Edmonson Village branch for several months after the previous branch manager, Duane Carr, left.

5.     In or around early 2013, M&T Bank again assigned me to help manage the Edmonson Village branch for several months while the branch manager, Candace McCollin, was on leave. I remained there until Laveda Sears, McCollin's replacement, was hired in or around May 2013.

I declare the foregoing is true under penalty of perjury.

Executed on    4/23/18
                    Date

                                        Kandee Smith

2