IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:16-CV-03180-ELH |
| v. | ) ) ) | |
| MANUFACTURERS AND TRADERS TRUST COMPANY, d/b/a M&T BANK, | ) ) ) | |
| Defendant. | ) | |

**APPENDIX**

| EEOC Exhibit Number | Description |
|---|---|
| 1 | Declaration of Candace McCollin |
| 2 | M&T Job Descriptions |
| 3 | Deposition Excerpts of McCollin |
| 4 | McCollin Performance Appraisals |
| 5 | McCollin Employee Profile Report |
| 6 | Deposition Excerpts of James Prusak |
| 7 | Deposition Excerpts of Anne Ciminelli |
| 8 | Declaration of Dr. Murray Pearlman |
| 9 | McCollin Medical Records |
| 10 | Deposition Excerpts of Daniel Fulmer |
| 11 | 30(b)(6) Deposition Excerpts of Philip Mosco |
| 12 | M&T Policies |
| 13 | Deposition Excerpts of Melissa Thompson |
| 14 | Declaration of Kandee Smith |
| 15 | 30(b)(6) Deposition Excerpts of Arthur Salman |
| 16 | 30(b)(6) Deposition Excerpts of Stephanie Williams |
| 17 | Declaration of Duane Carr |

| | |
|---|---|
| **18** | Deposition Excerpts of Jackie Jackson |
| **19** | M&T Job Applications |
| **20** | 30(b)(6) Deposition Excerpts of Kristin Lucia |
| **21** | M&T Job Posting Compliance Excerpt |
| **22** | 30(b)(6) Deposition Excerpts of David Arcara |
| **23** | Thompson Workforce Restructure Email |
| **24** | Deposition Excerpts of Angela Skowronski |
| **25** | McCollin Notice of Disability Leave Email |
| **26** | McCollin Unum Leave Records |
| **27** | Ciminelli Notice of Return to Work Email |
| **28** | Edmonson Village Coverage Documents |
| **29** | McCollin Replacement Records |
| **30** | McCollin Return to Work Records |
| **31** | M&T Request for Information Response |
| **32** | 30(b)(6) Deposition Excerpts of Angela Skowronski |
| **33** | M&T Applicant Spreadsheet Excerpts |
| **34** | M&T Interrogatory Responses |
| **35** | 2013 Open Requisition Reports Excerpts |
| **36** | Letter of Termination |
| **37** | Appendix |